UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Douglas E. Arpert |
| v. | Mag. No. 11-2517 (DEA) |
| TIMOTHY LESTER JOHNSON, a/k/a "Amiri Allah" | **DETENTION ORDER** |

This matter having been opened to the Court on motion of the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (John E. Clabby, Assistant United States Attorney, appearing), in the presence of Andrea Bergman, Assistant Federal Public Defender, attorney for defendant Timothy Lester Johnson, for an order pursuant to Title 18, United States Code, Section 3142(e) to detain defendant Johnson without bail pending trial in the above-entitled matter, and defendant Johnson having consented to detention without bail and without prejudice pending trial in this matter:

IT IS, therefore, on this 9th day of March 2011,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Johnson be committed to the custody of the Attorney General or his authorized representative pending trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Johnson be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Johnson shall be delivered to a United States Marshal for the

purpose of appearances in connection with court proceedings; and it is further

ORDERED that the motion of the United States for an order detaining defendant Johnson without bail pending trial is hereby granted, and defendant Johnson is hereby ordered detained pending trial in the above-entitled matter, but defendant Johnson shall have leave of the Court to present a suitable bail package on short notice.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge